CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Heritage Inn Rocklin, LLC, Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>      Plaintiff,<br><br>v.<br><br>Heritage Inn Rocklin, LLC, a California limited liability company and Does 1-10,<br><br>      Defendants. | Case No.: 2:16-cv-00145-KJM-KJN<br><br>STIPULATION TO SET ASIDE DEFAULT AND ORDER |

Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, Plaintiff Scott Johnson ("Johnson") and Defendant Heritage Inn Rocklin, LLC ("Heritage") by and through their respective attorneys, Phyl Grace and Cris C. Vaughan, hereby stipulate to, and request the Court to, set aside the default that was entered by the Clerk in this matter on March 28, 2016, for good cause and to allow Defendant Heritage to file an Answer to the Complaint within ten (10) days after entry of the Order setting aside the default.

///

///

///

IT IS SO STIPULATED.

CENTER FOR DISABILITY ACCESS

Dated: April 6, 2016

*/s/ Phyl Grace*
Phyl Grace, Attorney for
Plaintiff Scott Johnson

VAUGHAN & ASSOCIATES

*/s/ Cris C. Vaughan*
Dated: April 6, 2016   Cris C. Vaughan, Attorney for
Defendant Heritage Inn Rocklin, LLC

## SIGNATURE ATTESTATION

I hereby attest that all signatures listed above, on whose behalf this stipulation is submitted, concur in the filing and have authorized the filing.

VAUGHAN & ASSOCIATES

April 6, 2016     */s Cris C. Vaughan*
Cris C. Vaughan
Attorney for Defendant Heritage Inn Rocklin, LLC

## ORDER

IT IS SO ORDERED that the Default entered in this matter on March 28, 2016 is hereby set aside and Defendants shall file an Answer to the Complaint no later than ten (10) days after this Order is filed.

Dated: April 13, 2016

_____
UNITED STATES DISTRICT JUDGE