UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:16-cv-145-KJN |
| Plaintiff, | |
| v. | ORDER |
| HERITAGE INN ROCKLIN, LLC, | |
| Defendant. | |

On June 24, 2016, the parties filed a joint status report indicating that they have been engaged in written settlement correspondence, but have not thus far reached a settlement. (ECF No. 17.)

In the interest of avoiding the accumulation of fees and costs through potentially unnecessary discovery and motion practice, and to allow the parties some additional time to pursue an early informal resolution of this matter with the assistance of a third party neutral, the court finds it appropriate to continue the temporary stay of the action and refer the action to the court's Voluntary Dispute Resolution Program ("VDRP").

Accordingly, IT IS HEREBY ORDERED that:

1. The temporary stay of the action REMAINS IN PLACE until further order of the court, and the action is REFERRED to the VDRP.
2. Within fourteen (14) days of this order, the parties shall contact the court's VDRP

1

administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral.

3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

4. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).

5. Any party that objects to this referral to the VDRP shall file its objections within seven (7) days of this order. Such objections shall clearly outline why that party believes that the action is not appropriate for referral to the VDRP.

IT IS SO ORDERED.

Dated: June 27, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE